UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-44-MMH-PDB

DERRICK S. MCCULLOUGH  18 U.S.C. §§ 751(a) and 4082

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 29, 2021, in the Middle District of Florida, and elsewhere, the defendant,

DERRICK S. MCCULLOUGH,

did knowingly and willfully escape from custody in Keeton Corrections, Inc. Jacksonville Residential Reentry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of West Virginia upon conviction for the commission of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

All in violation of 18 U.S.C. §§ 751(a) and 4082.

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____
Michael J. Coolican
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

2

FORM OBD-34
5/4/21 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DERRICK S. MCCULLOUGH

INDICTMENT

Violations:   Ct. 1:   18 U.S.C. §§ 751(a) and 4082

A true bill,

_____
Foreperson

Filed in open court this 12th day

of May, 2021.

_Jnau S. Perotti_
Clerk

Bail   $ _____

GPO 863 525